IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RDS VENDING LLC<br><br>Plaintiff,<br><br>v.<br><br>UNION INSURANCE COMPANY and USI INSURANCE SERVICES LLC<br><br>Defendants. | CIVIL ACTION NO. 20-3928 |

# ORDER

**AND NOW,** this 13th day of May 2021, upon consideration of Defendant Union Insurance Company's Motion to Dismiss, the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant Union Insurance's Motion to Dismiss [Doc. No. 26] is **GRANTED**. All claims against Defendant Union Insurance are **DISMISSED with prejudice**, and Union Insurance Company is **TERMINATED** as a defendant.

2. Defendant Union Insurance's First Motion to Dismiss [Doc. No. 17] is **DISMISSED as moot**.

3. Defendant Berkley Mid-Atlantic Group LLC's Motion to Dismiss [Doc. No. 18] is **DISMISSED as moot**. As no claims have been raised against Berkley Mid-Atlantic Group in the Amended Complaint, Berkley Mid-Atlantic Group is **TERMINATED** as a defendant.

It is so **ORDERED.**

        BY THE COURT:

        /s/ Cynthia M. Rufe
        _____
        **CYNTHIA M. RUFE, J.**